JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :

     v.                          :    15 Cr. _____ (RJS)

ERIC SALDARRIAGA,                 :
    a/k/a "Emmanuela Gelpi,"
                                  :

        Defendant.              :
- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating

Title 18, United States Code, Section 1030(b), being advised of the

nature of the charge and of his rights, hereby waives, in open Court,

prosecution by indictment and consents that the proceeding may be

by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:     New York, New York
          March 6, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 6 2015