**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Of Counsel:
Melodi Kinsella
James Moschella
Adam Etman
Shiva Bahmani

June 11, 2015

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

     Re: <u>United States v. Eric Saldarriaga</u>
       15 CR 136 (RJS)

Dear Judge Sullivan:

 I write the Court to request additional time to file Mr. Saldarriaga's sentencing memo, currently due tomorrow. Due to a recent trial that lasted twice as long as expected (due to a mistrial and immediate retrial), our preparation of Mr. Saldarriaga's submission has been delayed.

 As such, if it is acceptable to the Court, the parties suggest that Defense submissions be submitted by June 19, 2015, with the Government's submissions due on Monday, June 22, 2015.

 I have confirmed that this schedule is acceptable to AUSA Daniel Noble.

 Thank you for your consideration.

           Respectfully submitted,

           Peter E. Brill