March 20th, 2015


Dear Honorable Judge Sullivan:


It is with a heavy heart that I write this character letter on my husband Eric Saldarriaga. Eric and I started dating on March 2, 1996 and were married on June 3, 2006. Eric and I met in high school and started dating while I was in my college years. As Eric and I grew closer together I learned that he had a tough childhood. Eric's parents divorced when he was 15 years old, his father left his mother for another women because his mother was an alcoholic. Eric's father moved to Texas and on Eric's first visit with his father his father did not want to return Eric to his mother. Eric and his father always had a rocky relationship. Eric always had anger toward his father for leaving them the way that he did. While Eric was in high school he had to work to help support his mother eventually forcing Eric to drop out of high school so that he can work fulltime. Eric took a class called Auto Shop in high school and therefore learned a lot and went to work for a mechanic. Eventually Eric could no longer work as a mechanic because a piece of large machinery fell on his back and therefore Eric had to find another way to support himself and help his mother. Eric went to work for Macy's as a store detective and while he was there met a Private Investigator that took him under his wing and taught Eric what he knew about the business. Aside from helping his mother 15 years ago Eric's uncle passed away in Puerto Rico from alcohol overdose and therefore his grandmother had to come live with Eric and his mother.

I met Eric while he was working in Macy's. Eric had no clue how to work a computer he couldn't even afford to buy his own computer. I volunteered to purchase his first computer and he would pay me monthly for it. Eventually Eric was able to finish paying the bill off as well as learn what he needed to learn to work as a private investigator.

Eric and I married on June 3, 2006 and on December 19, 2008 we had our first son Christopher William and on June 24th 2010 we had our second son Gabriel Alexander. Your Honor working as a private investigator is how Eric helps support his immediate family (myself and the boys), helps his mother who continues to be an alcoholic and his grandmother. You're Honor over the years many people have told Eric to give up on his mother but he won't and for as long as he won't I will stand by his side because it is his mother and she did raise him on her own. Eric takes both his mother and grandmother to every doctor appointments, AA meetings and therapy appointments. Eric has had a rough life growing up and aside from his mother and grandmother who depend on him on a daily basis Eric also helps his father when needed. Eric's father suffered from prostate cancer about 5 years ago. Eric is constantly worried about his father. There is not much his father can afford so Eric pays for his cell phone so that he can keep in touch with his father.

Despite my husband's upbringing your Honor he turned out to be a good person with a tremendous heart. He is a great husband and a fantastic father. Your Honor my husband shares all household and parenting duties with me. There is nothing that I would do for my family that he would not. In the morning once the four of us are ready to leave the house and start our day my husband drops me off at the train station and then proceeds to take the boys to school. He picks them up at 2:10 and 2:30, makes them lunch and does homework with them and on days where time permits he will prepare dinner as well. Eric stops by his mother's house when time permits and prepares meals for them as well. Your Honor if my husband is taken from us I can't do the majority of what he does on my own. Financially I cannot help his family and due to my work schedule and location I cannot pick up the boys from school. Every free moment that my husband has is dedicated to his family.

Your Honor my husband volunteers for many organizations aside from the organizations he is always asked by the teachers at my son's school if he can attend the trips or volunteer at the school because having him on the trips/school events truly is a big help for the teachers. Eric is always thinking of safety first for the children, he is sometimes the only male that volunteers for the trips and the teachers really need a male to stay in the boys restroom making sure every male child is accounted for. My husband will go out of his way to help anyone that is injured or needs help in the streets. My husband and I took our boys sledding at the local park during the first big snow storm of the year 2015 when a boy who was sledding with his friends crashed into the wall. My husband helped pull the boy up the hill took full control of the situation by putting the boy on a cardboard, covered him with a warm blanket, splinted his leg the best he could while someone called 911. When EMS got there they asked who did this he said he did and they asked him if he was an EMS worker Eric responded no he just wanted to help. The EMS workers told him he did a good job and they took the boy.

Your Honor since my husband's case with the government began he has been an emotional mess. The day after our apartment was raided my husband thought he was hearing noises that the FED's were coming to take him. He began to say his good byes to myself and the children. My children were terrified and my brother in law had to come hold him until he would calm down. I remember all he would repeat is what the FEDS said to him when they first raided our apartment "how would you like for your children's first plane ride to be to come see you in orange" (at this time my children had never been on a plane and we had booked our first trip on a plane as a family to Disney).   Eventually we spoke with his doctors and they agreed that he had to be medicated. Your Honor my husband has several medical conditions but we had to treat the situation on hand at the moment which was causing all those medical issues to worsen. Once my husband was medicated he was calm but would fall asleep and I could not get him up. There were times I had to leave him on the couch because he would not wake up, there were times in the middle of the night that I would try to wake him up to help me with the boys and he could not wake up. This is very unusual for my husband because since day one that we had our boys he has always been hands on. There were many times that my children would ask me if daddy was ok. There were times when my husband had to work late due to a federal assignment and my children would cry and ask if daddy was coming home.



[redacted]

[redacted]

[redacted]

Your Honor my husband really is a good person that made a mistake. He has never hurt anyone and would never hurt anyone. I am begging that you look at this situation as a onetime offense and grant my husband his freedom to be with his children. I am begging you to please grant him a second chance and let him work to provide for his family. It would destroy him if he could not provide for his family and continue to help his parents and grandmother, we honestly don’t know where it would leave them without Eric, not to mention to take care of his health. Your Honor my husband has learned a big lesion in a way that none of us could even imagine. You Honor I know that if you grant my husband his freedom and if possible an opportunity to work again you would never see him in your court room again.

Thanking you in advance for your time in reading my letter

Anna Saldarriaga