Law Offices of

# Weiss & Rosenbloom, P.C.

27 Union Square West, Suite 307, New York, NY 10003

Tel. (212) 366-6100 • Fax (212) 366-6254

Amy Rosenbloom  
Barry D. Weiss

Erik L. Gray  
Andrea R. Krugman  
Julie Stein

May 7, 2015

Hon. Richard J. Sullivan  
United States District Court  
40 Foley Square  
New York, New York 10007

Re: Eric Saldarriaga

Dear Hon. Judge Sullivan:

      My name is Barry Weiss. I am an attorney admitted to practice in New York and in the Southern District. I am a principal in the law firm of Weiss and Rosenbloom, P.C., a small litigation practice in Manhattan.

      I have known Eric well since the mid-1990's. He has a great family. He is an extremely involved father to his two young sons. I always have known him to be an honest, hard-working man. I agreed to write because I am deeply concerned about his potential incarceration on two levels. First, I am aware that in 2009, he slipped on ice losing consciousness. At the hospital, it was determined that he had sustained a traumatic brain injury. Subsequently, he required substantial treatment from a neurologist and psychologist. Diagnostic testing revealed he had a malformation in the brain which makes him more susceptible to post-traumatic brain bleeds than those people in the general population. In addition, I am aware that he has a myriad of other health related issues including cardiac issues. In my opinion, his future health would be placed at great risk should he be incarcerated in the general prison population. It would be dreadful to his two young children should something untoward happen to him in prison that exacerbated his medical conditions rendering him dead or disabled.

      Second, and perhaps more important is I know first-hand, that Eric has immeasurably suffered mentally and physically since the institution of these proceedings that culminated in his guilty plea. I know how remorseful he is for what he has done and how he has disgraced his family name. I also know he has owned up to his responsibilities by pleading guilty to a felony which will severely impact his ability to make a living and financially support his two children. I am so genuinely concerned for his innocent children who too have immeasurably suffered as a result of his actions. To incarcerate Eric, even for a relatively short period would have a devastating impact on them during their formative years. One, that in my opinion, may be difficult for them to overcome.

Saldarriaga, Eric
page 2

      Your Honor, thank you for listening. I think you can see Eric has paid his debt to society for the harm he has caused and that incarceration would serve no legitimate purpose in this case. I truly believe Eric has learned from his mistake. Please let him return to his two children and give him a chance to redeem himself to his family, his community and himself without a further black mark on his record.

      Respectfully,

      Barry Weiss, Esq.