May 18, 2105
Honorable Richard J. Sullivan
United States District Judge

RE: Eric Saldarriaga

Your Honor:

My name is German G. Saldarriaga. I am writing to you this letter on behalf of my brother, Eric Saldarriaga.

Eris is my youngest and only brother. He is the main caretaker, both emotionally and financially for our mother and grandmother. He has always been an exemplary person to our family, his church and the community. Our family has taken great pride in Eric's accomplishments, his characteristics and motivation to excel despite our humble upbringing. Eric has always put others before himself in times of need, including myself.

I was diagnosed with a cardiac condition, which forced me medically retire from the New York City Police Department after 10 years of service. In 2006, I relocated to South Carolina for a better quality of life. In 2009, I was hospitalized for 40 Days with heart failure, in which the doctors gave my family an unrecoverable prognosis. During this time, Eric made several trips to be part of my support team, relate information to my medical team and be supportive to my wife. It was later on determined that heart disease runs in our family, my grandfather and uncle on my mother's side have died due to heart illness.

Through the scientific marvels and the hands of God, I had an experimental artificial heart pump (LVAD) prolong my life and then a year later, a heart transplant. The emotional distressed of this ordeal took a big toll on Eric and the rest of my family. Shortly, afterwards, Eric was also diagnosis with chronic heart problems, which till this day he is under a cardiologist's care.

Eric is a remarkable husband, father, brother and dependable member of our family. His core family values, beliefs and credence are of the highest standards and which is most lacking in our society, today. Eric made a misguided decision in the crime of which he is accused of, but he ███████████████ took responsibility and liability for his actions. His actions were never malicious or injurious in intent.

In closing, I ask your Honor to please consider leniency in deciding Eric Saldarriaga's sentence. I am sure that you have observed career criminals in courtroom and I implore you to recognize that is not who my brother is. If given the opportunity, I think we will see that Eric Saldarriaga will prove to everyone how righteous he really is.

Sincerely,

*German G. Saldarriaga*
German G. Saldarriaga

540 Marblewood Ct., Fort Mill, SC 29708