# The Law Office of Scott Pilutik

618 Washington St. | New York, NY 10014 | (212) 645-6241 p | (815) 301-3663 f | pilutik@gmail.com

June 8, 2015

*Via First Class Mail & E-mail pbrill@brill-legal.com*

Peter E. Brill
15 Maiden Lane, Suite 1500
New York, NY 10038

          Re: Eric Saldarriaga, 15 Cr. 136 (RJS)
             Tony Ortega

Dear Mr. Brill,

  I represent Tony Ortega, who was identified by U.S. Attorney Daniel Noble as a victim of your client, Eric Saldarriaga in the case 15 Cr. 136 (RJS). I am contacting you in hope that your client would provide information about the offense he was convicted of, as such pertains to Mr. Ortega.

  As you may or may not be aware, Mr. Ortega is a journalist, presently the executive editor The Raw Story, and formerly the editor-in-chief of The Village Voice. He has also written extensively about The Church of Scientology, and because of that has been the target of relentless harassment from private investigators.

  Mr. Ortega contacted Mr. Saldarriaga on November 13, 2013 after Mr. Saldarriaga had evidently misconfigured his pointofmail.com account to include Mr. Ortega's address, resulting in Mr. Ortega receiving read/send receipts likely intended for Mr. Saldarriaga. When confronted by Mr. Ortega by phone, Mr. Saldarriaga told him that he didn't know what was going on, and "would never work for Scientology." He further stated that he thought he and Mr. Ortega were being "punked" by a former client of Mr. Saldarriaga's. In light of Mr. Saldarriaga's plea, it seems clear he was not being truthful with Mr. Ortega during this exchange.

  Mr. Ortega would now like to extend this opportunity to Mr. Saldarriaga to explain the extent of his access to Mr. Ortega's account (and/or otherwise), as well as the identity of the party directing Mr. Saldarriaga to target Mr. Ortega. Additionally, Mr. Ortega would appreciate learning what Mr. Saldarriaga knows about the identities behind the two email addresses used in the pointofmail.com emails he mistakenly sent [REDACTED]@earthlink.net and [REDACTED].net].

  Should Mr. Saldarriaga consider complying with my client's request, Mr. Ortega will in turn consider Mr. Saldarriaga's cooperation in his decision to submit a victim impact statement, and/or the content thereof. Please contact me if you need clarification as to the above, or if you have any other questions.

                  Very truly yours,

                  *[signature]*

                  SCOTT PILUTIK

cc: Tony Ortega (*via e-mail*)