United States Attorneys Office
Southern District of New York
One St. Andrews Plaza
New York NY 10007

**VICTIM IMPACT STATEMENT**
USAO # 2015R00380
VIN 4710211
Court Docket # 15-CR-00136

Sir/Madam,

The crime perpetrated against me is consistent with a pattern of actions carried out against me as a whistleblower and outspoken critic of the Church of Scientology. I am of no investigative interest to anyone other than Scientology.

I was formerly the international spokesperson for Scientology, but in 2007 I left the organization and began publicly speaking about its abusive practices in 2009. I appeared in the media in the United States, the UK, Australia, Germany, Italy, Ireland, Denmark and other places exposing the abuses ongoing in Scientology.

I also assisted the FBI in a human trafficking investigation of Scientology. I was designated a confidential informant and provided the FBI with testimony and documents.

Scientology has a well-documented policy of harassing and intimidating anyone who criticizes it. As a result of speaking out, I have been routinely followed by Scientology-hired Private Investigators at my home and when I have traveled (PI's with video cameras have "greeted" me in Los Angeles, Miami, Tampa, San Antonio, Salt Lake City, London, Sydney and Dublin), Scientology's PI's have set up video cameras outside my home and even a surveillance camera hidden in a birdhouse to monitor who visited my home. Scientology PI's have purchased my garbage from sanitation workers, I have received anonymous threat letters against me and my family (reported to the police and to the FBI), and Scientology has created anonymous websites that have slandered me (knowing I do not have the resources to sue them). This may sound bizarre to those unfamiliar with Scientology, but I have records, photos, and videos to document everything. (For a taste of this, with included video evidence, see my blog post http://www.mikerindersblog.org/scientology-you-are-being-watched-247/)

This intense surveillance and harassment is pursuant to strictly followed Scientology policy of dealing with "enemies." I know this all too well, because as the head of Scientology's Office of Special Affairs, I was responsible for enforcing this written policy.

I understand Eric Saldarriaga committed the crime of hacking my email account and has pled guilty. To me, he is merely the conduit and the real perpetrator of the crime is the Church of Scientology, which should not be allowed to escape scrutiny (or prosecution) as to how they are spending tax exempt money. I would like the USAO to pursue the CLIENTS of Mr. Saldarriaga, the ones who caused the crime to be committed.

There can be no doubt that one of Mr. Saldarriaga's clients is Scientology. One of the other victims of this crime is Tony Ortega, the most prominent journalist in the world exposing Scientology abuses for at least a decade. I spoke with Mr. Ortega yesterday and learned that he received a similar letter to mine. The ONLY thing Tony Ortega and I have in common is that we are at the top of Scientology's enemies list because we have publicly exposed their abusive practices.

I believe the court would find it helpful to review Mr. Ortega's victim impact statement (VIN 4710246) in concert with mine, as Mr. Ortega and I have experienced similar surveillance and harassment. Mr. Ortega's statement also demonstrates that Mr. Saldarriaga lied only weeks ago when he was explicitly asked whether he was working for Scientology.

Scientology may well have used a "cut-out" to hire Mr. Saldarriaga so he can claim ignorance. But following the payments will ultimately go back to Scientology. This should be investigated as this is a pattern of behavior Scientology has gotten away with for too long – while making a mockery of the First Amendment protections they claim as a religion and a falsely obtained tax exempt status. Scientology is violating public policy by hiring people to commit felonies, and that is compounded by the fact they are using tax exempt funds. This sort of criminal behavior should cost them their exempt status under the law – these activities are being subsidized by US taxpayers. This will happen only if the USAO pursues this matter back to the perpetrators. Only then will justice truly be served.

There is no need to take my word that this is typical Scientology behavior. Below is a small sampling of information that shows the pattern and practice of Scientology:

1. A report in the *Los Angeles Times* about the leader of Scientology, David Miscavige, hiring PI's for $10,000 per week to follow his own father – they ended up being arrested and charged with possession of illegal firearms:  **Scientology head's father was spied on, police report says**

    "The church paid the two detectives $10,000 a week through an intermediary, the records indicate, all because Miscavige feared that his father would divulge too much about the organization's activities."

    http://www.latimes.com/local/california/la-me-scientology-private-eyes-20150409-story.html#page=1

2. A report in the Tampa Bay Times about Scientology hiring two PI's to follow and surveil an ex-member of the church for 20 YEARS (these same PI's admitted to having set up an apartment to surveil me):  **Two detectives describe their two-decade pursuit of an exiled Scientology leader**

    "Beginning in 1988 and continuing for a quarter of a century, Paul Marrick and Greg Arnold tracked Broeker from a California apartment to a cowboy town in Wyoming and even to the Czech Republic.

    "They spied on his girlfriends, rifled through his garbage and listened to his phone calls.

    "The church started paying them a lump sum: $32,000 a month."

    http://www.tampabay.com/news/scientology/two-detectives-describe-their-two-decade-pursuit-of-an-exiled-scientology/1254129

3. A lawsuit filed in Texas State Court detailing a pattern of harassment against Monique Rathbun, wife of another prominent Scientology whistleblower, Mark Rathbun which resulted in an order from the Presiding Judge (Dib Waldrip) on 14 March 2014 that extensively detailed his findings of the harassment perpetrated by the church and its agents (Private Investigators). Order attached Exh 1.

4. A selection of Scientology policy that calls for this sort of harassment as a STANDARD OPERATING PROCEDURE:

*"If attacked on some vulnerable point by anyone or anything or any organization, always find or manufacture enough threat against them to cause them to sue for peace."*  Exh 2

*"We must ourselves fight on the basis of total attrition of the enemy.  So never get reasonable about him.  Just go all the way in and obliterate him."* Exh 3

*"If attacked on some vulnerable point by anyone or anything or any organization, always find or manufacture enough threat against them to cause them to sue for peace.  Peace is bought with an exchange of advantage, so make the advantage and then settle.  Don't ever defend.  Always attack.  Don't ever do nothing.  Unexpected attacks in the rear of the enemy's front ranks work best…"* Exh 4

*"(a) Wherever an attack is in progress (and even when being held off by counter-propaganda from PR or actions from Legal) at once <u>swiftly</u> draw up a precise program using Intelligence principles and cross filing to isolate the attacker.*

*"(b) Identify the instigator.*

*"(c) When identified or even suspected as the instigator, draw up a project which includes at least three channels to cost him his job.*

*"(d) Draw up a second project at once to survey and discover what the person really is defending and threaten it effectively.*

*"(e) Execute the projects rapidly."* Exh 5

I feel violated by this crime. It is my contention that Mr. Saldarriaga is a willing accomplice. I have no idea what private information he accessed. I feel I have a right to know what it is he did and who he did

it for.  He did not use any of the information for himself, he passed it on to his clients, whose intentions were malicious.

Surely the clients have no right to anonymity or any protection under the law. They paid someone to do something illegal for their benefit – they wanted access to my personal information and they got it. I would like to know the details about what this was and believe they should be investigated and prosecuted.

It is my contention that a Victim Impact Statement would be an empty exercise if the principal can remain anonymous while the agent takes the fall.


Sincerely,

/s/

Mike Rinder